JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH BOYMAN,**<br><br>    Plaintiff,<br><br>    v.<br><br>**DISNEY ENTERPRISES, INC., et al.,**<br><br>    Defendants. | Case No. CV 17-8827 DMG (JEMx)<br><br>**JUDGMENT** |

On June 1, 2018, this Court having granted Defendant Disney Enterprises, Inc.'s motion to dismiss with prejudice [Doc. # 31],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendant Disney Enterprises, Inc. and against Plaintiff Kenneth Boyman and that this action is dismissed on the merits.

**IT IS SO ORDERED.**

DATE: June 27, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE